# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.1.1
### Eastern Division

Carmellia Calmese

                 Plaintiff,

v.                                               Case No.: 1:16−cv−06277

                                                          Honorable Sharon Johnson Coleman

Uber Technologies, Inc.

                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 7, 2016:

    MINUTE entry before the Honorable Sharon Johnson Coleman: On Defendant's motion to dismiss or, in the Alternative, to Stay Under the First−to−File Rule [13], parties agree to the following briefing schedule: responses due by 12/2/2016. Reply due by 12/16/2016. No appearance required on 11/9/2016.Mailed notice(rth, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.